### WIMBURN et al. v. FISKE, administratrix.

BECK, J. Considering the charge of the court to the jury in its entirety, the errors in those portions excepted to are not of such character as to require the grant of a new trial; and there being sufficient evidence to

authorize the verdict, the judgment of the court below refusing a new trial is            *Affirmed. All the Justices concur.*

DECEMBER 12, 1916.

Complaint. Before Judge Hammond. Richmond superior court. August 7, 1915.

*Isaac S. Peebles Jr.,* for plaintiffs in error.

*George T. Jackson,* contra.

*Judgment affirmed. All the Justices concur.*